EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

BRETT T. EGUSA
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Brett.Egusa@Schofield.army.mil

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 24 2003

at ____ o'clock and ____ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. |
| | ) |
| Plaintiff, | ) INDICTMENT |
| | ) |
| vs. | ) [H.R.S. §§ 708-836; 708-810; |
| | ) and 18 U.S.C. § 13] |
| MARK N. KELIIKUPAKAKO, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

CR 03-00371 HG

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about July 15, 2003, in the District of Hawaii,

defendant **MARK N. KELIIKUPAKAKO**, at a place within the special

maritime and territorial jurisdiction of the United States,

namely Helemano Military Reservation, Hawaii, did intentionally

and knowingly exert control over another's propelled vehicle to wit: a grey Suzuki motorcycle, license plate # CXD005, the property of J.C., by operating the vehicle without the owner's consent.

In violation of Hawaii Revised Statute, Section 708-836, and Title 18, United States Code, Section 13.

<u>COUNT 2</u>

The Grand Jury further charges that:

On or about July 15, 2003, in the District of Hawaii, defendant **MARK N. KELIIKUPAKAKO,** at a place within the special maritime and territorial jurisdiction of the United States, namely Helemano Military Reservation, Hawaii, did intentionally enter and remain unlawfully in a building, to wit: the residence of J.C., located at quarters #102, 177 Ahamaka Road, Helemano Military Reservation with the intent to commit therein a crime against persons and property rights and did recklessly disregard the risk that the building is the dwelling of another, and the building is such a dwelling.

\ \

\ \

In violation of Hawaii Revised Statute, Section 708-810, and Title 18, United States Code, Section 13.

DATED: _____ JUL 24 _____, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


RONALD G. JOHNSON
Assistant U.S. Attorney


BRETT T. EGUSA
Special Assistant U.S. Attorney




United States v. MARK N. KELIIKUPAKAKO
CR. NO.
INDICTMENT