EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

BRETT T. EGUSA
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Brett.Egusa@Schofield.army.mil

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 24 2003

at _____ o'clock and _____ min. _____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR 03-00371 HG |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | [H.R.S. §§ 708-836; 708-810; |
| MARK N. KELIIKUPAKAKO, ) | and 18 U.S.C. § 13] |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about July 15, 2003, in the District of Hawaii, defendant **MARK N. KELIIKUPAKAKO**, at a place within the special maritime and territorial jurisdiction of the United States, namely Helemano Military Reservation, Hawaii, did intentionally

and knowingly exert control over another's propelled vehicle to wit: a grey Suzuki motorcycle, license plate # CXD005, the property of J.C., by operating the vehicle without the owner's consent.

In violation of Hawaii Revised Statute, Section 708-836, and Title 18, United States Code, Section 13.

## COUNT 2

The Grand Jury further charges that:

On or about July 15, 2003, in the District of Hawaii, defendant **MARK N. KELIIKUPAKAKO,** at a place within the special maritime and territorial jurisdiction of the United States, namely Helemano Military Reservation, Hawaii, did intentionally enter and remain unlawfully in a building, to wit: the residence of J.C., located at quarters #102, 177 Ahamaka Road, Helemano Military Reservation with the intent to commit therein a crime against persons and property rights and did recklessly disregard the risk that the building is the dwelling of another, and the building is such a dwelling.

\ \

\ \

In violation of Hawaii Revised Statute, Section 708-810, and Title 18, United States Code, Section 13.

DATED: \_\_\_\_\_JUL 24\_\_\_\_\_, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/ Robert A. Barber, Sr.
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Ronald G. Johnson
RONALD G. JOHNSON
Assistant U.S. Attorney

/s/ Brett T. Egusa
BRETT T. EGUSA
Special Assistant U.S. Attorney

United States v. MARK N. KELIIKUPAKAKO
CR. NO.
INDICTMENT