# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/13/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:   CRIMINAL 03-00371HG-001

CASE NAME:   United States of America vs. Mark N. Keliikupakako

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Helen Gillmor          REPORTER:

DATE:    5/13/2004              TIME:

---

COURT ACTION:   E. O.: Judgment in a Criminal Case filed on May 2, 2004, shows the Monetary Assessment as $100.00.   The correct amount should reflect $200.

Submitted by:   Dottie Miwa, Courtroom Manager

G:\docs\dottie\mark keliikupakako 5 13.wpd