ORIGINAL

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 03-00371HG-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 4:06CR40032 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: MARK N. KELIIKUPAKAKO | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII SEP 2 6 2006 | NAME OF SENTENCING JUDGE Helen Gillmor | |
| to at ___ o'clock and ___ min, ___ M SUE BEITIA, CLERK | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/6/2006 | TO 7/5/2009 |

| OFFENSE |
|---|
| Count 1 – Unauthorized Control of a Propelled Vehicle, in violation of Hawaii Revised Statute, § 708-836 and 18 U.S.C. § 13 |
| Count 2 – Burglary in the First Degree, in violation of Hawaii Revised Statute, § 708-810 and 18 U.S.C. § 13 |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts (Worcester) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 8-25-06 | |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts (Worcester)

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| Sept. 13, 2006 | |
|---|---|
| Effective Date | United States District Judge |